# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: CONAGRA PEANUT BUTTER<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1845 |

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO–56)

On July 17, 2007, the Panel transferred 17 civil action(s) to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 495 F.Supp.2d 1381 (J.P.M.L. 2007). Since that time, 329 additional action(s) have been transferred to the Northern District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Thomas W Thrash, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Thrash.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Georgia for the reasons stated in the order of July 17, 2007, and, with the consent of that court, assigned to the Honorable Thomas W Thrash, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Mar 11, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: CONAGRA PEANUT BUTTER
PRODUCTS LIABILITY LITIGATION**                                        MDL No. 1845

### SCHEDULE CTO−56 – TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 11−00250 | Pandos v. Conagra Foods, Inc. |
| FLM | 8 | 11−00251 | Parker v. Conagra Foods, Inc. |
| **MARYLAND** | | | |
| MD | 8 | 11−00378 | Little v. ConAgro Foods, Inc. et al |
| **TEXAS EASTERN** | | | |
| TXE | 2 | 11−00081 | Hays v. Conagra Foods Inc |
| **TEXAS SOUTHERN** | | | |
| TXS | 3 | 11−00091 | Spurlock v. ConAgra Foods, Inc. |